PER CURIAM.—Upon authority of the opinion in Ford Motor Company, a corporation, and E. S. DesChamps, Jr., v. Farley F. Floyd, as administrator of the estate of Alice Floyd, decided this term, it is ordered that the judgment so far as it relates to E. S. DesChamps, Jr., is hereby affirmed, and as to the Ford Motor Company is to be reversed; one half of the costs of this proceeding to be borne by the defendant in error and one half by the plaintiff in error, E. S. DesChamps, Jr.

So ordered.

TERRELL, C. J., and BUFORD, J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687 Compiled General Laws of 1927 and Rule 21-A of the Rules of this Court.

FORD MOTOR COMPANY, and E. S. DesChamps, Jr., v. FARLEY F. FLOYD, as Administrator of the Estate of Ida S. Floyd, deceased.

189 So. 925.
Division A.
Opinion Filed April 21, 1939.

*Marks, Marks, Holt, Gray & Yates,* for Ford Motor Co., Plaintiff in Error;

*George A. Pierce,* for E. S. DesChamps, Jr., for Plaintiff in Error;

*Will O. Murrell* and *Gov. Hutchinson,* for Defendant in

PER CURIAM.—Upon authority of the opinion in Ford

Motor Company, a corporation, and E. S. DesChamps, Jr., v. Farley F. Floyd, as administrator of the estate of Alice Floyd, decided this term, it is ordered that the judgment so far as it relates to E. S. DesChamps, Jr., is hereby affirmed, and as to the Ford Motor Company is to be reversed; one half of the costs of this proceeding to be borne by the defendant in error and one half by the plaintiff in error, E. S. DesChamps, Jr.

So ordered.

TERRELL, C. J., and BUFORD, J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687 Compiled General Laws of 1927 and Rule 21-A of the Rules of this Court.

FORD MOTOR COMPANY, and E. S. DesChamps, Jr., v. ADA YARBROUGH, *et vir*.

189 So. 926.
Division A.
Opinion Filed April 21, 1939.

*Marks, Marks, Holt, Gray & Yates,* for Ford Motor Co., Plaintiff in Error;

*George A. Pierce,* for E. S. DesChamps, Jr., Plaintiff in Error;

*Will O. Murrell* and *Gov. Hutchinson,* for Defendant in Error.

PER CURIAM.—Upon authority of the opinion in Ford Motor Company, a corporation, and E. S. DesChamps, Jr.,